PROB 12C
(7/93)

Report Date: March 8, 2016

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Henry S Ramirez | Case Number: 0980 1:14CR02062-FVS-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Toppenish, Washington 98948 | |

Name of Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 12, 2000

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 | |
| Original Sentence: | Prison 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: June 3, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 2, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Mr. Ramirez tested positive for amphetamine on February 1, 2016. |
| 2 | **Special Condition # 14**: The defendant shall participate in substance abuse treatment program as directed by the United States Probation Office. |
| | **Supporting Evidence**: Mr. Ramirez failed to attend his drug and alcohol treatment sessions on March 2, and 4, 2016. |
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Ramirez failed to report as directed by his probation officer on March 4, 2016. |

Prob12C
**Re: Ramirez, Henry S**
**March 8, 2016**
**Page 2**

On March 4, 2016, this officer spoke with Mr. Ramirez and directed him to report to my office prior to 5:00 P.M. At approximately 5:10 P.M., Mr. Ramirez called and advised he was an hour and half outside of Yakima. He was advised he had failed to report as directed and was instructed to report on March 8, 2016. Although the defendant did report on Monday, March 8, 2016, he failed to report on March 4, 2016, as directed.

4  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Ramirez failed to be truthful with his probation officer regarding his employment with J&B Flooring on March 7, 2016.

Mr. Ramirez reported to his probation officer that he worked for a friend by the name of John Alderson on March 2, 3, and 4, 2016. In speaking with Mr. Alderson, the defendant did not work on those days but rather worked on March 4, 5, and 6, 2016. No check or pay stub was provided as the defendant reported working for cash under the table.

5  **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Ramirez failed to give notice before quitting his job at the Wolf Den Restaurant in Wapato, Washington as of March 7, 2016.

Mr. Ramirez commenced working at the Wolf Den Restaurant on February 22, 2016. According to the restaurant manager, the defendant reported to his shift for the first two days. The manager stated that Mr. Ramirez then called in and reported a death in the family and requested a couple days off. Mr. Ramirez was scheduled to return to work on February 27, 2016. However, Mr. Ramirez was a no call/no show for his shift. Mr. Ramirez' employment was terminated on March 3, 2016, for failing to report for work.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 8, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Ramirez, Henry S**
**March 8, 2016**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

_____March 9, 2016_____
Date