PROB 12C
(7/93)

Report Date:  May 3, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Henry S. Ramirez          Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 12, 2000

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 |
| Original Sentence: | Prison 188 months; TSR - 60 months |

| | | |
|---|---|---|
| Original Sentence: | Prison 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Laurel J. Holland | Date Supervision Commenced: June 3, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 2, 2019 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 8, 2016.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Ramirez failed to give notice before quitting his job at Washington Beef in Toppenish, Washington, as of May 3, 2016.

| | |
|---|---|
| 7 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On May 3, 2016, this officer had a telephone conversation with Mr. Ramirez.  During our conversation he admitted to using a controlled substance known as "Crank" (which is a low-grade crystalized methamphetamine) on or about Friday, April 29, 2016.

**Prob12C**
**Re: Ramirez, Henry S**
**May 3, 2016**
**Page 2**

8          **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On May 3, 2016, this officer had a telephone conversation with Mr. Ramirez. During our conversation he admitted to using alcohol on or about Friday, April 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 3, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

May 3, 2016

Date