RMP- PROB 12C
(6/16)

Report Date: November 4, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry S Ramirez            Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:                  , Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 12, 2000

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 846 | |
| Original Sentence: | Prison 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Laurel J. Holland | Date Supervision Commenced: June 3, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 2, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/08/2016 and 05/03/2016.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 19, 2016, Mr. Ramirez provided a urinalysis sample which tested presumptive positive for methamphetamine.<br><br>On October 19, 2016, Mr. Ramirez report to the probation office to provide a urinalysis sample.  Prior to producing the sample, Mr. Ramirez informed this officer he "messed up." This officer asked if he had used any drugs, to which Mr. Ramirez replied, "you'll see in my test."  His sample yielded a presumptive positive for methamphetamine.  Once this officer informed Mr. Ramirez of the results, he admitted to using methamphetamine on or about October 14, 2016.  Mr. Ramirez signed a drug use admission form. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Jonathan Barcom

November 4, 2016

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/4/2016

Date