PROB 12C
(6/16)

Report Date: February 3, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry S Ramirez                     Case Number: 0980 1:14CR02062-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 12, 2000

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 846 | |
| Original Sentence: | Prison 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: June 3, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 2, 2019 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/08/2016, 05/03/2016, and 11/03/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about January 10, 2017, Mr. Ramirez consumed methamphetamine. |
| | On January 24, 2017, Mr. Ramirez reported to the U.S. Probation Office and admitted to this officer he used methamphetamine on or about January 10, 2017. Mr. Ramirez signed a drug use admission form. |
| 11 | **Standard Condition # 16:** You shall abstain from the use of alcohol and shall submit to testing (which may include urinalysis and breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substance. |

        **Supporting Evidence**: On or about February 1, 2017, Mr. Ramirez consumed alcohol. Mr. Ramirez called this officer and admitted to using alcohol to the point of intoxication. Mr. Ramirez stated his daughter recently overdosed on medication which caused him to drink.

12        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Mr. Ramirez failed to report to the U.S. Probation Office on February 2, 2017.

        On February 1, 2017, Mr. Ramirez contacted the undersigned officer and admitted to consuming alcohol as a result of his daughter's recent overdose. This officer directed him to report to the probation office on February 2, 2017.

        On February 2, 2017, Mr. Ramirez called this officer stating he was unable to report as directed and asked if he could report the following day. This officer denied the defendant's request and asked him were he was located. Mr. Ramirez stated he was at his mother's residence in Toppenish, Washington. This officer asked if he could be at his residence by 2:30 p.m. so a home visit could be conducted to which he replied "yes."

        On February 2, 2017, while in route to Mr. Ramirez' residence, Mr. Ramirez' girlfriend called this officer. She advised Mr. Ramirez was not in Toppenish, Washington; however, he was Spokane, Washington ,with his daughter. Mr. Ramirez submitted a text message to this officer on February 3, 2017, stating he was in Spokane yesterday but was on his way home today.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 3, 2017

        s/Jonathan G. Barcom

        Jonathan G Barcom
        U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/3/2017

Date