PROB 12C
(6/16)

Report Date: November 28, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry S. Ramirez                                       Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 12, 2000                    Date of Revocation Sentence: February 22. 2017

Original Offense:    Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

Original Sentence:    Prison - 188 months                       Type of Supervision: Supervised Release
                      TSR - 60 months
Revocation Sentence:  Prison - 30 days
(02/22/2017)          TSR - 59 months

Asst. U.S. Attorney:  Laurel Holland                            Date Supervision Commenced: March 6, 2017

Defense Attorney:     Federal Defender's Office                 Date Supervision Expires: February 5, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/16/2017 and 11/21/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

6    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgement and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting he understood his conditions.

Mr. Ramirez called the undersigned officer on November 20, 2017. He reported he was in the District of Montana and knew "he was messing up." Mr. Ramirez was directed to report to the probation office immediately. He stated he would report to the U.S. Probation Office on November 21, 2017, by 10 a.m.

On November 21, 2017, Mr. Ramirez failed to report as directed. He is in direct violation of his conditions by not reporting as instructed. The undersigned officer called the telephone

number that Mr. Ramirez used while he was in Montana, and a female answered the phone. She indicated she was his grandmother, and informed this officer that Mr. Ramirez went to Missoula, Montana, to catch a bus to Spokane, Washington, on November 20, 2017. She had not heard from Mr. Ramirez, but assumed he was back in Spokane.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/28/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/28/2017
Date