# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Henry S. Ramirez | Case Number: 0980 1:14CR02062-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: October 12, 2000 | Date of Revocation Sentence: February 22, 2017 |

Original Offense:  Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: | Prison-30 days<br>TSR- 59 months | | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: March 6, 2017 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 5, 2022 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/16/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgment, and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting that he understood his conditions.<br><br>On November 20, 2017, Mr. Ramirez called the undersigned officer to report he was in the District of Montana. The undersigned officer informed Mr. Ramirez he did not have permission from either the Court or this officer to travel to the District of Montana.<br><br>Mr. Ramirez reported he understood, and that he screwed up. He did not have a reason for being in the District of Montana. He stated he was staying there with his daughter. Mr. Ramirez was instructed to immediately return to the Eastern District of Washington. |

Prob12C
**Re: Ramirez, Henry S**
**November 21, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/21/2017

Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/21/2017
Date