# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Henry S. Ramirez | Case Number: | 0980 1:14CR02062-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 12, 2000

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 | | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 22, 2017) | Prison - 30 days<br>TSR - 59 months | | |
| Asst. U.S. Attorney: | Laurel Jane Holland | Date Supervision Commenced: | March 6, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | February 5, 2022 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgment, and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting that he understood his conditions.<br><br>On November 14, 2017, the undersigned officer received information that Mr. Ramirez had police contact in the District of Idaho.  On November 16, 2017, the undersigned officer spoke with the police officer that had contact with Mr. Ramirez.  An individual who is currently under federal supervision was driving a reported stolen rental car back to Enterprise Rent-A-Car. The police officer pulled the car over as it was pulling into the Enterprise parking lot.  The individual was returning the car with a friend, and had called her mother for a ride. The individual's mother reported that she and Mr. Ramirez were already in the District of Idaho and could come to pick them up. When they arrived Mr. Ramirez' name was run by the police officer.  At that time, he did not report he was on federal supervision to the officer. |

Mr. Ramirez never reported to the undersigned officer that he was in the District of Idaho, and he was not given permission to cross into the District of Idaho.

2      **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting that he understood his conditions.

Mr. Ramirez was directed to call the urinalysis (UA) hotline at Pioneer Human Services (PHS) daily, and to submit to random urinalysis testing. If he heard the color "BROWN1" he had from 7 a.m. to 7 p.m. to report and to provide a urine sample at PHS. On November 13, 2017, the color "BROWN1" was called and Mr. Ramirez failed to report as directed.

3      **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting that he understood his conditions.

After finding out Mr. Ramirez had failed to report to his required urinalysis November 13, 2017, the undersigned officer attempted to call Mr. Ramirez. Mr. Ramirez did not have a voice mailbox set up, so the undersigned officer sent a text to Mr. Ramirez to direct him to report to the U.S. Probation Office to submit a urine sample on November 14, 2017.

Mr. Ramirez texted the undersigned officer back stating he would report that day to the U.S. Probation Office. Mr. Ramirez failed to report as directed.

The undersigned officer texted Mr. Ramirez again stating he was directed to report to the U.S. Probation Office on November 15, 2017, by 8 a.m. Mr. Ramirez failed to report as directed that day as well.

As a result, undersigned officer attempted to contact Mr. Ramirez at his residence on November 15, 2017. The undersigned officer left a card in the door requesting Mr. Ramirez contact him. Mr. Ramirez has yet to make contact with this officer.

| | |
|---|---|
| 4 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On March 14, 2017, Mr. Ramirez was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Ramirez signed his judgment reflecting that he understood his conditions.

Mr. Ramirez resides in a clean and sober housing unit. After speaking with the house manager on November 16, 2017, the manager confirmed his last conversation with Mr. Ramirez was on November 13, 2017. The undersigned officer requested the house manager to verify whether or not Mr. Ramirez still had his belongings in his room. The house manager verified that all of the belongings in Mr. Ramirez' room were gone, and he had left the residence without notifying anyone. The house manager reported he is unsure how long Mr. Ramirez had been gone.

The undersigned officer has attempted to call and text Mr. Ramirez numerous times. At this time, the undersigned officer is unaware of Mr. Ramirez' whereabouts.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/17/2017
Date