Report Date: December 21, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Henry S Ramirez          Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:                Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 12, 2000

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 |
| Original Sentence: | Prison - 188 months; TSR - 60 months     Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 30 days; TSR - 59 months |
| Asst. U.S. Attorney: | Laurel J. Holland     Date Supervision Commenced: March 6, 2017 |
| Defense Attorney: | Alex B. Hernandez, III     Date Supervision Expires: February 5, 2022 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/16/2017, 11/21/2017 and 11/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On December 18, 2017, Mr. Ramirez failed to report to the United States Probation Office as directed.

Mr. Ramirez's conditions were reviewed with him on March 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On December 14, 2017, Mr. Ramirez reported to the United States Probation Office. At the end of the visit, the undersigned officer directed him to report next on Monday, December

18, 2017. Mr. Ramirez failed as directed and his current whereabouts are unknown. Several attempts have been made to contact Mr. Ramirez but all have been met with negative results.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 21, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

12/21/2017

Date