PROB 12C
(6/16)

Report Date: July 10, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry S Ramirez                              Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:                              Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 12, 2000

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846 | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 02/22/2017 | Prison - 30 days; TSR - 59 months | |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: March 6, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 5, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 18, 2108, Mr. Ramirez consumed alcohol.

Mr. Ramirez's conditions were reviewed with him on March 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 6, as noted above.

On June 19, 2018, the undersigned received a text message from Mr. Ramirez's girlfriend asking for the undersigned to call Mr. Ramirez. On this date, the undesigned spoke with Mr. Ramirez, who was aware his girlfriend prompted the phone call.

Prob12C
**Re: Ramirez, Henry S**
**July 10, 2018**
**Page 2**

        Mr. Ramirez admitted to consuming alcohol the night before and he stated he became intoxicated.

        On June 25, 2018, Mr. Ramirez reported to the United States Probation Office and signed a drug use admission form.

2        **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On or about June 4, 2018, Mr. Ramirez consumed tetrahydrocannabinol (THC), the active chemical in marijuana.

        Mr. Ramirez's conditions were reviewed with him on March 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 5, as noted above.

        On June 4, 2018, Mr. Ramirez reported to the United States Probation Office. A urinalysis (UA) sample was collected which yielded a presumptive positive result for THC. Mr. Ramirez denied use. The sample was sent to Alere Toxicology for confirmation and returned confirmed positive on June 8, 2018.

        On June 11, 2018, Mr. Ramirez reported to the United States Probation Office. The undersigned confronted him about the confirmed positive UA sample. Mr. Ramirez continued to deny consuming THC.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:    July 10, 2018

                      s/Jonathan Barcom

                      Jonathan Barcom
                      U.S. Probation Officer

Prob12C
**Re: Ramirez, Henry S**
**July 10, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7/11/2018
_____
Date