PROB 12C
(6/16)

Report Date:  December 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2018

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry S Ramirez                    Case Number: 0980 1:14CR02062-RMP-1

Address of Offender:                         Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 12, 2000

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With the Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (02/22/2017) | Prison - 30 days; TSR - 59 months | |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: March 6, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 5, 2022 |

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: On or about November 30, 2018, Mr. Ramirez left the Eastern District of Washington without permission from the Court nor the undersigned.

Mr. Ramirez's conditions were reviewed with him on March 14, 2017.  He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 3, as noted above.

On December 2, 2018, the undersigned received notification that the Redding Police Department in Redding, California, had ran a records request on Mr. Ramirez.

Prob12C
**Re: Ramirez, Henry S**
**December 7, 2018**
**Page 2**

The undersigned also received a phone call from an employee with the Redding police dispatch advising one of their officers had made contact with Mr. Ramirez due to being flagged down by Mr. Ramirez.

On December 6, 2018, the undersigned spoke with Mr. Ramirez's significant other who stated Mr. Ramirez called her on November 30, 2018. She stated Mr. Ramirez told her he was in Los Angeles, California, and he would be home soon. She further stated Mr. Ramirez called her again on Sunday, December 2, 2018, and told her his car had broken down and he would be in California for at least a week. The undersigned asked her to instruct Mr. Ramirez to call the undersigned if he contacts her again. She stated she would do so.

On December 7, 2018, Mr. Ramirez's significant other sent the undersigned a text message stating Mr. Ramirez had called her on December 6, 2018, and she instructed him to call the undersigned immediately. She further stated he was still in California; however, she did not know his exact location. As of the date of this report, Mr. Ramirez has failed to contact the undersigned since November 30, 2018, and has failed to return to the Eastern District of Washington.

2          **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Ramirez failed to report as directed on December 3, 2018.

Mr. Ramirez's conditions were reviewed with him on March 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On November 30, 2018, Mr. Ramirez called the undersigned and stated he had "messed" up and wanted to talk. The undersigned asked him to clarify his statement and Mr. Ramirez stated he would prefer to speak in person.

Mr. Ramirez advised the undersigned he was in Pasco, Washington, and stated he would like to report on Monday, December 3, 2018, for his monthly report and to discuss his situation. The undersigned directed him to report on Monday, December 3, 2018, and Mr. Ramirez stated he would do so. Mr. Ramirez failed to report as directed on Monday, December 3, 2018, and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Henry S. Ramirez to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 7, 2018
_____

s/Jonathan Barcom
_____

Jonathan Barcom
U.S. Probation Officer

**Prob12C**
**Re: Ramirez, Henry S**
**December 7, 2018**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[x ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____12/7/2018_____

Date